

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00369-CR

**EX PARTE** Cael Josue **GARCIA LIBEROS**

From the County Court, Kinney County, Texas
Trial Court No. 13911CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on January 3, 2024.

SIGNED July 23, 2025.

_____
Velia J. Meza, Justice